1   Ashlee B. Hesman
    Nevada Bar No. 012740
2   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
3   Chandler, Arizona  85226
    Tel.:  (480) 420-1600
4   Fax:  (480) 420-1695
    ahesman@strucklove.com
5
    Gina G. Winspear
6   Nevada Bar No. 005552
    DENNETT WINSPEAR, LLP
7   3301 North Buffalo Drive, Suite 195
    Las Vegas, Nevada 89129
8   Tel.: (702) 839-1100
    Fax: (702) 839-1113
9   GWinspear@dennettwinspear.com

10  *Attorneys for Defendant CoreCivic*

11                  **UNITED STATES DISTRICT COURT**

12                       **DISTRICT OF NEVADA**

13
    ATLP, a minor, by and through his Guardian          Case No. 2:21-cv-02072-JCM-EJY
14  Ad Litem Tayloria Taylor; and AJB, a minor,
    by and through his Guardian Ad Litem
15  Tayloria Taylor, and Tayloria Taylor as Co-         **JOINT STIPULATION TO**
    Special Administrator of the Estate of Brandon       **EXTEND DEADLINE TO**
16  Lavon Patton, Deceased,                              **RESPOND TO COMPLAINT**
                              Plaintiffs,
17  v.                                                          **(First Request)**
    CoreCivic, Inc., formerly Corrections
18  Corporation of America, a foreign corporation
    d/b/a Nevada Southern Detention Center; Doe
19  CoreCivic Employees I through XX; Does I
    through X; and Roe Entities I through X,
20  inclusive,

21                          Defendants.

22
            Plaintiffs Tayloria Taylor, as Co-Special Administrator of the Estate of Brandon
23
    Patton, ATLP, and AJB (collectively, "Plaintiffs") and Defendant CoreCivic, Inc.
24
    ("Defendant"), through their respective undersigned counsel, hereby submit this Joint
25
    Stipulation to Extend Deadline to Respond to Plaintiff's Complaint (First Request).
26
            Plaintiffs filed their Complaint on November 18, 2021. (Dkt. 1.) Defendant received
27
    notice of the Complaint on January 31, 2022. Currently, Defendant's deadline to file a
28

responsive pleading is Tuesday, February 22, 2022. However, due to several other conflicting deadlines in the upcoming week, Plaintiffs' counsel stipulated to allow Defendant up until Tuesday, March 7, 2022 to file a responsive pleading. This is the first stipulation for extension of the time to file a responsive pleading. *See* LR IA 6-1.

The parties therefore respectfully request that the Court approve the parties' Stipulation to extend the responsive pleading deadline from February 22, 2022 to March 7, 2022.

**DATED** this 18th day of February, 2022.

                                        STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                                        By /s/ *Ashlee B. Hesman*
                                           Ashlee B. Hesman
                                           3100 West Ray Road, Suite 300
                                           Chandler, Arizona 85226
                                           ahesman@strucklove.com


                                           Gina G. Winspear
                                           DENNETT WINSPEAR
                                           3301 North Buffalo Dr., Suite 195
                                           Las Vegas, NV 89129
                                           GWinspear@dennettwinspear.com

                                           *Attorneys for Defendant CoreCivic*

///

///

///

CLARK HILL, PLLC


By */s/ Paola M. Armeni (w/ permission)*
   Paola M. Armeni
   Gia N. Marina
   3800 Howard Hughes Pkwy. Ste. 500
   Las Vegas, NV 89169

   *Attorneys for Plaintiff*



**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 18, 2022