CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA M. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Plaintiffs, Patton Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR as Co-Special Administrator of the ESTATE OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC, formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANT CORECIVIC'S MOTION TO DISMISS COMPLAINT** |

Tayloria Taylor, as Special Administrator of the Estate of Brandon Lavon Patton, deceased, by and through his counsel, Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC and Defendant CoreCivic, Inc., by and through their counsel, Ashlee B. Hesman of Struck Love Bojanowski & Acedo, PLC and Gina G. Winspear of Dennett Winspear, LLP, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff to Respond to Defendant's Motion to Dismiss [Dkt 14] filed on March 7, 2022, which the response is currently due on March 21, 2022, to be extended an additional fourteen (14) days up to and including April 4, 2022.

CLARKHILL\K1879\417378\266344212.v1-3/15/22

Although Plaintiff's counsel has been actively working on responding to Defendant's Motion to Dismiss, counsel requires a brief extension to complete the Response. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Plaintiff to file her Response to Defendant's Motion to Dismiss [Dkt 14], be extended an additional fourteen (14) days up to and including April 4, 2022.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 16th day of March 2022.

**CLARK HILL, PLLC**

/s/ Paola M. Armeni, Esq.
_____
PAOLA M. ARMENI
Nevada Bar No. 8357
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs, Patton Family*

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

/s/ Ashlee B. Hesman, Esq.
_____
ASHLEE B. HESMAN
Nevada Bar No. 012740
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

**DENNETT WINSPEAR, LLP**
GINA G. WINSPEAR
Nevada Bar No. 005552
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendant, CoreCivic, Inc.*

**ORDER**

**IT IS SO ORDERED:**

DATED: March 18, 2022 _____

_____
UNITED STATES DISTRICT COURT JUDGE

CLARKHILL\K1879\417378\266344212.v1-3/15/22