# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

ATLP, a minor, by and through his
Guardian Ad Litem TAYLORIA
TAYLOR; and AJB, a minor by and
through is Guardian Ad Litem
TAYLORIA TAYLOR and TAYLORIA
TAYLOR as Co-Special Administrator of
the ESTATE OF BRANDON VAON
PATTON, deceased,

Plaintiffs,

v.

CORECIVIC, INC., formerly
CORRECTIONS CORPORATION OF
AMERICA, a foreign corporation d/b/a
Nevada Southern Detention Center; DOE
CORECIVIC EMPLOYEES I through XX;
DOES I through X; and ROE ENTITIES I
through X, inclusive,

Defendants.

Case No. 2:21-cv-02072-JCM-EJY

**ORDER**

Pending before the Court is the Application for Appointment of Tayloria Taylor as Guardian ad Litem for Minor Plaintiffs ATLP and AJB. ECF No. 2. No response to this Application was filed.

Under Federal Rule of Civil Procedure 17(c)(2) "[a] minor ... who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Moreover, "[a] guardian ad litem is appointed as a representative of the court to act for the minor in the cause, with authority to engage counsel, file suit and to prosecute, control and direct the litigation." *Leung v. Dulles*, 226 F.2d 74, 82 (9th Cir. 1955).

Accordingly, IT IS HEREBY BY ORDERED that the Application for Appointment of Tayloria Taylor as Guardian ad Litem for Minor Plaintiffs ATLP and AJB (ECF No. 2) is GRANTED.

1

IT IS FURTHER ORDERED that Tayloria Taylor's appointment shall be effective November 18, 2021, *nunc pro tunc*.

Dated this 12th day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE