CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA M. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Plaintiffs, Patton Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR as Co-Special Administrator of the ESTATE OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC, formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br><br>**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)**<br><br><br>**Hearing Requested: No**<br>**Oral Argument Requested: No** |

Plaintiff, Tayloria Taylor, as Guardian Ad Litem for minors, ATLP and AJB, and as Special Administrator of the Estate of Brandon Lavon Patton, deceased, by and through her counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC, hereby respectfully submits this Unopposed Motion to Extend Discovery Deadlines to extend the current discovery deadlines for a period of (60) sixty days.

While Plaintiffs have been diligent in prosecuting this case, scheduling conflicts including Plaintiffs counsels' complex civil rights case has precluded Plaintiffs' counsel from completing discovery by the deadline entered by this Court of July 19, 2022. Further, because this case requires significant investigation in order to add necessary parties to this action, responses to written

ClarkHill\K1879\417378\267652739.v2-6/28/22

discovery requests are necessary for Plaintiffs to ascertain which Defendant corrections officer employees need to be named in this lawsuit. Plaintiffs have attempted to streamline discovery in an effort to identify the names of said DOE and ROE Defendants through written discovery so that depositions can be set accordingly. Good cause exists to extend the discovery deadlines and the request for extension is not for purposes of delay or harassment.

Plaintiffs' counsel initially contacted defense counsel on or about June 10, 2022 regarding a stipulation to extend discovery deadlines. On June 20, 2022 Plaintiffs' counsel contacted the defense regarding extension of the discovery deadlines. On or about June 21, 2022, defense counsel stated they would not oppose the extension request, but they could not agree to stipulate. Accordingly, Plaintiffs timely file this Motion in advance of the deadline dates for this Court's consideration.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    STATEMENT SPECIFYING THE DISCOVERY COMPLETED TO DATE

Plaintiffs filed their Complaint [Dkt. 1] on or about November 18, 2021.

Plaintiffs also filed a Motion to Appoint Guardian/Attorney ad Litem [Dkt. 2] on November 18, 2021, which was granted on April 12, 2022 [Dkt. 23].

Defendant CoreCivic was served on February 1, 2022. [Dkt. 9].

The parties filed a Stipulation to Extend Deadline to Respond to Complaint [Dkt. 11]. Defendant CoreCivic filed a Motion to Dismiss Plaintiffs' Complaint [Dkt. 14] on March 7, 2022.

The parties filed a Stipulation to Extend the Deadline for Plaintiffs' Response to Defendant CoreCivic's Motion to Dismiss Complaint [Dkt. 15].

Plaintiffs filed their Response to Defendant CoreCivic's Motion to Dismiss [Dkt. 17] on April 4, 2022.

The parties filed their Discovery Plan and Scheduling Order [Dkt. 25] on April 22, 2022, which was thereafter granted on April 25, 2022 [Dkt. 26].

Defendant CoreCivic filed its Reply in Support of its Motion to Dismiss on April 25, 2022 [Dkt. 28].  This Motion is still pending before the Court.

Plaintiffs and Defendant CoreCivic, Inc. served their initial disclosures on May 16, 2022.

On June 8, 2022, Defendant CoreCivic served Plaintiffs with their First Set of

ClarkHill\K1879\417378\267652739.v2-6/28/22

Interrogatories, First Set of Requests for Production and First Set of Requests for Admissions. These requests contemplate and include Social Security Administration Consent for Release of Information for ALTP, AJB, Tayloria Taylor and Brandon Patton, HIPPA releases for ALTP, AJB, Tayloria Taylor and Brandon Patton, FERPA releases for AJB and ALTP, Plaintiffs' responses are currently due on July 8, 2022.

On June 28, 2022, Plaintiffs served Defendant CoreCivic with their First Set of Interrogatories, First Set of Requests for Production and First Set of Requests for Admissions. Defendant's responses are currently due on July 28, 2022.  Responses to these written discovery requests are crucial to Plaintiffs in order to identify the necessary parties to be added to this lawsuit.

## II.    SPECIFIC DESCRIPTION OF REMAINING DISCOVERY TO BE COMPLETED

Additional time is needed to finish discovery in this case. Presently, the expert disclosure deadline and deadline to add parties is set for July 19, 2022. Recently, through initial disclosures, Plaintiffs first learned of the true identifies of medical staff that attended to the decedent, Brandon Patton, during his time at NSDC. Plaintiffs served written discovery in an effort to identify certain employee corrections officers that may need to be added as parties to this lawsuit. Responses to the discovery requests will not even be received until July 28, 2022.  Because the true Plaintiff passed away, counsel and his family members are left to put pieces together in order to identify the culpable parties that engaged in depriving Mr. Patton is his constitutional rights.

Following receipt of responses to written discovery, Plaintiffs will review those responses to identify additional areas of inquiry if necessary. The parties will then engage in depositions of party-witnesses and fact witnesses. Following depositions, both parties should be prepared to explore and retain experts.

## III.    REASONS WHY THE DISCOVERY REMAINING WILL NOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE SCHEDULING ORDER

At the outset, the parties have outstanding written discovery in order to identify necessary parties that must be added to this lawsuit. Until those persons have been identified, Plaintiffs cannot set depositions of those persons. Further, as stated in the Complaint, the deceased Plaintiff in this action had an extensive medical history. Documentation regarding CoreCivic's knowledge

3 of 6

ClarkHill\K1879\417378\267652739.v2-6/28/22

of the decedent's medical history and any treatment provided to the decedent have been requested. These documents will be necessary in order to retain any medical expert or an expert to opine on the deprivation of Mr. Patton's constitutional rights.

During the month of May, Plaintiffs' counsel had numerous depositions in various other federal and state court matters.  In the matter entitled,  *Rhodney Henderson, et al. vs. Aria Resort & Casino Holdings, LLC, et al.*, Case Number 2:21-cv-00280-JAD-NJK nine depositions, mostly of all party-witnesses, needed to be taken in order to conclude the vast amount of discovery and prepare for retention of experts. Due to scheduling conflicts between counsel and the several parties, the depositions were rescheduled multiple times.

Finally, since April 25, 2022, Plaintiffs' lead counsel has had several family obligations including graduation activities at the end of May and an out of state soccer tournament the week of June 13th for her minor child.  Additionally, during the week of June 20, 2022, lead counsel attended the Annual State Bar of Nevada conference,  a necessary obligation as lead counsel sits on the Board of Governors and was sworn in as President. For all the above reasons, Plaintiffs cannot complete the above outstanding discovery before the current initial expert deadline of July 19, 2022.

The extended time will allow adequate time for the parties to conduct discovery, including propounding written discovery and scheduling party, third-party and expert depositions.  Good cause exists for the requested extension, and therefore, the parties believe their request for an extension should be granted.

**IV.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

As addressed above, Defendant CoreCivic does not oppose extending the current discovery deadlines, however, would not stipulate to such. Accordingly, the following schedule is proposed for completing discovery:

Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for approximately 60 days from September 27, 2022 to **November 28, 2022**.

Expert Disclosures

Pursuant to LR 26-1(b)(3), the Parties shall disclose initial expert reports 60 days before

ClarkHill\K1879\417378\267652739.v2-6/28/22

the extended discovery cut-off date, and therefore, not later than **September 27, 2022**.

The Parties shall disclose rebuttal expert reports 45 days after the disclosure of the initial disclosure of experts, and therefore, not later than **November 11, 2022**.

Dispositive Motions Deadline

Pursuant to LR 26-1(b)(4), the Parties shall file dispositive motions 30 days after the extended discovery cut-off date of November 28, 2022, and therefore, not later than **December 28, 2022**.

Pretrial Order

Pursuant to LR 26-1(b)(5), the Parties shall file their joint pretrial order on **January 24, 2023** or approximately 30 days after resolution of dispositive motions.

## V.     CONCLUSION

WHEREFORE, Plaintiffs move this Court for an Order extending the discovery deadlines in order for the parties to adequately complete discovery and retain the appropriate experts.

Dated this 28th day of June 2022.

**CLARK HILL PLLC**

 */s/ Paola M. Armeni, Esq.*
Paola M. Armeni, Esq.
Nevada Bar No. 8357
Gia N. Marina, Esq.
Nevada Bar No. 15276
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs, Patton Family*

**ORDER**

**IT IS SO ORDERED.**

DATED: June 28, 2022

UNITED STATES MAGISTRATE JUDGE

5 of 6

ClarkHill\K1879\417378\267652739.v2-6/28/22