PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail:  parmeni@clarkhill.com
GIA N. MARINA, ESQ.
Nevada Bar No. 15276
E-mail: gmarina@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: 702-862-8300
Facsimile:  702-778-9709
*Attorney for Plaintiffs, Patton Family*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem  TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR  as Co-Special Administrator of the ESTATE OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC, formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[2ND REQUEST][1]** |

Pursuant to LR IA 6-1, 6-2 and LR 26-4, Plaintiff, Tayloria Taylor, as Guardian Ad Litem for minors, ATLP and AJB, and as Special Administrator of the Estate of Brandon Lavon Patton, deceased, by and through her counsel, Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC; Defendant CoreCivic, Inc., by and through their counsel, Ashlee B. Hesman of Struck Love Bojanowski & Acedo, PLC and Gina G. Winspear of Dennett Winspear, LLP, hereby stipulate to extend the current discovery deadlines for a period of one hundred and fifty (150) days.

---

[1] The first request was requested through a Motion filed by the Plaintiffs.

1

ClarkHill\K1879\417378\268453250.v1-9/6/22

### A. **DISCOVERY COMPLETED TO DATE**

Plaintiffs filed their Complaint [Dkt. 1] on or about November 18, 2021.

Plaintiffs also filed a Motion to Appoint Guardian/Attorney ad Litem [Dkt. 2] on November 18, 2021, which was granted on April 12, 2022 [Dkt. 23].

Defendant CoreCivic was served on February 1, 2022. [Dkt. 9].

The parties filed a Stipulation to Extend Deadline to Respond to Complaint [Dkt. 11]. Defendant CoreCivic filed a Motion to Dismiss Plaintiffs' Complaint [Dkt. 14] on March 7, 2022.

The parties filed a Stipulation to Extend the Deadline for Plaintiffs' Response to Defendant CoreCivic's Motion to Dismiss Complaint [Dkt. 15].

Plaintiffs filed their Response to Defendant CoreCivic's Motion to Dismiss [Dkt. 17] on April 4, 2022.

The parties filed their Discovery Plan and Scheduling Order [Dkt. 25] on April 22, 2022, which was thereafter granted on April 25, 2022 [Dkt. 26].

Defendant CoreCivic filed its Reply in Support of its Motion to Dismiss on April 25, 2022 [Dkt. 28].

Plaintiffs filed an Unopposed Motion to Extend Discovery Deadlines on June 28, 2022 [Dkt. 29] and the Court Granted the Motion on June 28, 2022 [Dkt. 30].

Plaintiffs and Defendant CoreCivic, Inc. served their initial disclosures on May 16, 2022. Plaintiffs have served their first supplement to disclosures on July 15, 2022.

On June 8, 2022, Defendant CoreCivic served Plaintiffs with their First Set of Interrogatories, First Set of Requests for Production and First Set of Requests for Admissions. Plaintiffs' responded on July 15, 2022.

On June 28, 2022, Plaintiffs served Defendant CoreCivic with their First Set of Interrogatories, First Set of Requests for Production and First Set of Requests for Admissions. Defendant recently responded on August 18, 2022. Plaintiffs are in the process of reviewing documents produced by Defendant in order to identify the necessary employee corrections officers that may need to be added to this lawsuit.

ClarkHill\K1879\417378\268453250.v1-9/6/22

On August 15, 2022 [Dkt. 33], the Court granted in part and denied in part, Defendant's Motion to Dismiss.  Defendant filed its Answer on August 28, 2022. [Dkt. 34].

**B.  DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties are still in the early stages of written discovery.

**Plaintiff's Position on Discovery Efforts:**

Plaintiffs are in the process of reviewing Defendant's answers to written discovery recently received on August 18, 2022. Based on the preliminary review, Plaintiff is anticipating further discussion with the Defendant on additional discovery needed.  On August 5, 2022, Defendant served nine subpoenas Plaintiffs are awaiting a copy of the responses to these subpoena requests.  Presently, the expert disclosure and deadline to add parties is set for September 27, 2022.  Plaintiffs are still in the process of identifying certain employee correction officers that may be added as parties to this lawsuit. Plaintiffs will continue to propound written discovery and will likely serve subpoenas as needed.  Plaintiffs will seek to schedule depositions of the parties, witnesses, and potential experts.

**Defendant's Position on Discovery Efforts:**

On June 8, 2022, Defendant propounded its First Set of Interrogatories, First Set of Requests for Production of Documents, and First Requests for Admission and Second Interrogatory to Plaintiffs, and Plaintiffs responded to Defendant's first set of discovery on July 15, 2022.  Then, on August 5, 2022, Defendant served Subpoenas To Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on Deja Mathis, Danielle Bloms, Newkota, Kiddie Koral 2.0 Child Care Center and Early Learning Program, DNA Diagnostics Center, Creative Beginnings Day Care, AmeriTest Inc., and Acorn Hollow Early Learning Center.  Defendant is currently reviewing all responses to Defendant's first set of discovery to identify any deficiencies and determine whether any additional discovery should be propounded.  Defendant is also waiting complete responses to the above-mentioned Subpoenas. Further, and in light of the Court's Order on Defendant's Motion to Dismiss, which significantly narrowed the claims at issue, Defendant is working to identify any necessary expert witnesses to

3

defend against the remaining claims.  In addition to the above, additional time is necessary to allow Defendant to depose Plaintiffs and any additional fact and expert witnesses.

**REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES:**

The parties have been diligent in engaging in discovery and exchanging information and documentation; however, additional time is needed to gather more information to help prosecute and defend this case.  Plaintiffs are in the process of identifying additional defendants from the discovery received.  The extended time will allow adequate time for the parties to conduct discovery, including propounding additional written discovery and scheduling party, third-party and expert depositions.  Good cause exists for the requested extension, and therefore, the parties believe their request for an extension should be granted.

**C.  ~~PROPOSED~~ SCHEDULE FOR COMPLETING DISCOVERY:**

1.  Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for approximately 150 days from November 28, 2022 to **April 27, 2023**.

2.  Amendments to Pleadings and Adding Parties

Pursuant LR 26-1 (b)(2), the parties shall file motions to amend the pleadings and add parties 90 days before the extended discovery cut-off date, and therefore not later than **January 27, 2023.**

3.  Expert Disclosures

Pursuant to LR 26-1(b)(3), the parties shall disclose initial expert reports, for which the serving party has the burden of proof, 60 days before the extended discovery cut-off date, and therefore, not later than **February 27, 2023**.

The parties shall disclose rebuttal reports, on issues for which the other party has the burden of proof 30 days after the disclosure of the initial disclosure of experts, and therefore not later than **March 29, 2023**.

4.  Dispositive Motions Deadlines

The parties shall file dispositive motions 30 days after the extended discovery cut-off date of April 27, 2023, and therefore, not later than **May 29, 2023**.

4

ClarkHill\K1879\417378\268453250.v1-9/6/22

The parties shall file the joint pretrial order **June 28, 2023** or approximately 30 days after resolution of dispositive motions.

DATED this 6th day of September 2022.       DATED this 6th day of September 2022.

**CLARK HILL, PLLC**                         **STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

 /s/ Paola M. Armeni, Esq.                    /s/ Ashlee B. Hesman, Esq.
PAOLA M. ARMENI, ESQ.                        ASHLEE B. HESMAN, ESQ.
Nevada Bar No. 8357                          Nevada Bar No. 012740
GIA N. MARINA, ESQ.                          3100 West Ray Road, Suite 300
Nevada Bar No. 15276                         Chandler, Arizona 85226
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169                      **DENNETT WINSPEAR, LLP**
*Attorneys for Plaintiffs, Patton Family*    GINA G. WINSPEAR, ESQ.
                                             Nevada Bar No. 005552
                                             3301 North Buffalo Drive, Suite 195
                                             Las Vegas, Nevada 89129
                                             *Attorneys for Defendant, CoreCivic, Inc.*

**IT IS SO ORDERED.**

Dated this 7th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

ClarkHill\K1879\417378\268453250.v1-9/6/22