UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem TAYLORIA TAYLOR; and AJB, a minor by and through is Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR as Co-Special Administrator of the ESTATE OF BRANDON VAON PATTON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC., formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02072-JCM-EJY<br><br>**ORDER** |

This matter pertains to alleged damages claimed arising from the death of Plaintiffs' father Brandon Vaon Patton. The undersigned, being familiar with the dispute, finds Mr. Patton's social media records for the time period commencing on October 8, 2015 and ending on October 8, 2020 are discoverable and must be made available to counsel for review.

Accordingly, IT IS HEREBY ORDERED that the contents of Brandon Vaon Patton's Facebook account, associated with usernames Lee Patton, Brandon Patton or any other name identified by counsel, be produced to counsel for Plaintiffs.

Additional information required for production appears on the subpoena duces tecum the Court approves and that accompanies this Order.

Dated this 10th day of March, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1