Ashlee B. Hesman
Nevada Bar No. 012740
Kristina R. Rood
Arizona Bar No. 035097 (admitted pro hac vice)
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
ahesman@strucklove.com
krood@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem Tayloria Taylor; and AJB, a minor, by and through his Guardian Ad Litem Tayloria Taylor, and Tayloria Taylor as Co-Special Administrator of the Estate of Brandon Lavon Patton, Deceased,<br><br>                     Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., formerly Corrections Corporation of America, a foreign corporation d/b/a Nevada Southern Detention Center; Doe CoreCivic Employees I through XX; Does I through X; and Roe Entities I through X, inclusive,<br><br>                     Defendants. | Case No. 2:21-cv-02072-JCM-EJY<br><br>**STIPULATION TO EXTEND DEADLINES TO RESPOND AND REPLY TO PLAINTIFFS' MOTION TO AMEND COMPLAINT**<br><br>**(First Request)** |

Plaintiffs, Tayloria Taylor, as Co-Special Administrator of the Estate of Brandon Patton, ATLP, and AJB (collectively, "Plaintiffs"), and Defendant, CoreCivic, Inc. ("Defendant"), stipulate to extend the deadline for Defendant to file its Response to Plaintiffs'

Motion to Amend Complaint from August 9, 2023 to August 16, 2023 and the deadline for Plaintiffs to file their Reply in Support of Motion to Amend Complaint from August 16, 2023 to September 6, 2023. This is the first stipulation for an extension of time for Defendant to file its Response and Plaintiffs to file their Reply. *See* LR IA 6-1(a).

Plaintiffs filed a Motion to Amend Complaint on July 26, 2023. (Dkt. 77.) Currently, the deadline for Defendants to file their Response is August 9, 2023, and the deadline for Plaintiffs to file their Reply is August 16, 2023. *See* LR 7.2(b). Due to several other conflicting deadlines and depositions in other matters, the parties stipulate to extend the deadline for Defendant to file its Response to Plaintiffs' Reply to Plaintiffs' Motion to Amend Complaint to August 16, 2023 and the deadline for Plaintiffs to file their Reply in Support of Motion to Amend Complaint to September 6, 2023.

DATED this 8th day of August 2023.

| CLARK HILL, PLLC | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| By /s/ Paola M. Armeni (w/permission) | By /s/ Kristina R. Rood |
| Paola M. Armeni<br>Gia N. Marina<br>1700 S. Pavilion Center Dr., #500<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff* | Ashlee B. Hesman<br>Kristina R. Rood<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>ahesman@strucklove.com<br>krood@strucklove.com<br><br>Gina G. Winspear<br>DENNETT WINSPEAR<br>3301 North Buffalo Dr., Suite 195<br>Las Vegas, NV 89129<br>GWinspear@dennettwinspear.com<br>*Attorneys for Defendant CoreCivic* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2023