CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA M. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite., #500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Plaintiffs, Patton Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR as Co-Special Administrator of the ESTATE OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC, formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO CORECIVIC'S MOTION FOR JUDGMENT ON THE PLEADINGS AND CORECIVIC'S REPLY IN SUPPORT [ECF 97]** |

Tayloria Taylor, as Special Administrator of the Estate of Brandon Lavon Patton, deceased, by and through his counsel, Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC and Defendant CoreCivic, Inc., by and through their counsel, Kristina R. Rood of Struck Love Bojanowski & Acedo, PLC and Gina G. Winspear of Dennett Winspear, LLP, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff to Respond to Defendant's Motion for Judgment on the Pleadings [ECF 97] filed on February 2, 2024, which the response is currently due on March 1, 2024, to be extended an additional seven (7) days up to and including March 8, 2024.

Although Plaintiff's counsel has been actively working on responding to Defendant's

Motion for Judgment on the Pleadings, counsel requires a brief extension to complete the Response.  Further, as Defendant's counsel will be out of the jurisdiction when Plaintiffs' Response is filed, Defendant requests a brief extension for a Reply brief. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Plaintiffs to file their Response to Defendant's Motion for Judgment on the Pleadings [ECF 97], be extended an additional seven (7) days up to and including March 8, 2024, and otherwise stipulated or ordered, Defendant's Reply to Plaintiffs' Response be due on March 26, 2024.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 27th day of February 2024.

**CLARK HILL, PLLC**

*/s/ Gina N. Marina, Esq.*
_____

PAOLA M. ARMENI
Nevada Bar No. 8357
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs, Patton Family*

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

*/s/ Kristina R. Rood*
_____

Ashlee B. Hesman
Kristina R. Rood
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com
krood@strucklove.com

GINA G. WINSPEAR
Nevada Bar No. 005552
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendant, CoreCivic, Inc.*

**<u>ORDER</u>**

**IT IS SO ORDERED:**

DATED: February 28, 2024.

_____
UNITED STATES MAGISTRATE JUDGE