Ashlee B. Hesman
Nevada Bar No. 012740
Kristina R. Rood
Arizona Bar No. 035097 (admitted pro hac vice)
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
ahesman@strucklove.com
krood@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem Tayloria Taylor; and AJB, a minor, by and through his Guardian Ad Litem Tayloria Taylor, and Tayloria Taylor as Co-Special Administrator of the Estate of Brandon Lavon Patton, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., formerly Corrections Corporation of America, a foreign corporation d/b/a Nevada Southern Detention Center; Doe CoreCivic Employees I through XX; Does I through X; and Roe Entities I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02072-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CORECIVIC'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(Second Request)** |

Plaintiffs, Tayloria Taylor, as Co-Special Administrator of the Estate of Brandon Patton, ATLP, and AJB (collectively, "Plaintiffs"), and Defendant, CoreCivic, Inc. ("Defendant"), stipulate to extend the deadline for CoreCivic to file its Reply in Support of Motion for Judgment on the Pleadings by one week from March 26, 2024 to April 2, 2024.

## I. Relevant Procedural History

CoreCivic filed its Motion for Judgment on the Pleadings on February 16, 2024. (Dkt. 97.) The parties filed a Stipulation and (Proposed) Order to Extend Deadline for Plaintiffs' Response to CoreCivic's Motion for Judgment on the Pleadings and CoreCivic's Reply in Support on February 27, 2024. (Dkt. 98.) Plaintiffs requested an extension of the deadline to file their Response from March 1, 2024 to March 8, 2024, and CoreCivic requested an extension of the deadline to file its Reply to March 26, 2024, which the Court granted. (*Id.* at 1–2; Dkt. 99 at 2.) CoreCivic's current deadline to file its Reply is March 26, 2024.

## II. Good Cause Exists to Extend CoreCivic's Reply Deadline by One Week.

Good cause exists to extend the deadline for CoreCivic to file its Reply in Support of Motion for Judgment on the Pleadings. Due to numerous conflicting deadlines in other matters, including preparing a Motion to Strike in *Militante v. CoreCivic, et al.*, No. CV-22-00352-PHX-DWL (JFM) (D. Ariz.), preparing fact and expert witness disclosure statements in *Taplin v. CoreCivic, et al.*, No. D-101-CV-2021-00896 (N.M.), preparing initial disclosures in *Cleveland v. Wellpath, et al.*, No. 1:23-CV-03180-RMR-NRN (D. Colo.), and attending multiple out-of-state depositions in *Angelo v. Wellpath, et al.*, No. 1:23-cv-01607-CNS-STV (D. Colo.), CoreCivic requires additional time to review and analyze Plaintiffs' Response and reply accordingly. CoreCivic also requires additional time for its Reply because undersigned counsel was out-of-state on a pre-planned family vacation and recently returned to the office on March 25, 2024. Good cause therefore exists to extend the deadline for CoreCivic to file its Reply in Support of Motion for Judgment on the Pleadings.

///
///
///
///
///
///
///

### III. Conclusion

For the foregoing reasons, the parties respectfully request that the Court extend the deadline for CoreCivic to file its Reply in Support of Motion for Judgment on the Pleadings by one week from March 26, 2024 to April 2, 2024.

DATED this 26th day of March 2024.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Kristina R. Rood
Ashlee B. Hesman
Kristina R. Rood
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com
krood@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com
*Attorneys for Defendant CoreCivic*

CLARK HILL, PLLC

By /s/ Gia N. Marina
Paola M. Armeni
Gia N. Marina
1700 S. Pavilion Center Dr., #500
Las Vegas, NV 89135
*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

UNITED STATES DISTRICT JUDGE

DATED: March 28. 2024

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paola Armeni parmeni@clarkhill.com
Gia N. Marina gmarina@clarkhill.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Kristina R. Rood

4