Ashlee B. Hesman
Nevada Bar No. 012740
Kristina R. Rood
Arizona Bar No. 035097 (admitted pro hac vice)
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
ahesman@strucklove.com
krood@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem Tayloria Taylor; and AJB, a minor, by and through his Guardian Ad Litem Tayloria Taylor, and Tayloria Taylor as Co-Special Administrator of the Estate of Brandon Lavon Patton, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., formerly Corrections Corporation of America, a foreign corporation d/b/a Nevada Southern Detention Center; Doe CoreCivic Employees I through XX; Does I through X; and Roe Entities I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02072-JCM-EJY<br><br>**PROPOSED BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER** |

Pursuant to the Court's April 26, 2024 Minute Order, the parties submit their proposed briefing schedule on dispositive motions and joint pretrial order (Dkt. 108):

- Deadline to file dispositive motions:  August 23, 2024

- Deadline to respond to dispositive motions:  September 20, 2024
- Deadline to file reply in support of dispositive motions: October 4, 2024
- Deadline to file joint pretrial order: 30 days after the Court rules on any dispositive motion.

DATED this 1st day of July 2024.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Kristina R. Rood

Ashlee B. Hesman
Kristina R. Rood
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com
krood@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com
*Attorneys for Defendant CoreCivic*

CLARK HILL, PLLC

By /s/ Paola M. Armeni

Paola M. Armeni
Gia N. Marina
1700 S. Pavilion Center Dr., #500
Las Vegas, NV 89135
*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 1, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paola Armeni          parmeni@clarkhill.com
Gia N. Marina         gmarina@clarkhill.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ E. Glover

3