Ashlee B. Hesman
Nevada Bar No. 012740
Kristina R. Rood
Arizona Bar No. 035097 (admitted pro hac vice)
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
ahesman@strucklove.com
krood@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem Tayloria Taylor; and AJB, a minor, by and through his Guardian Ad Litem Tayloria Taylor, and Tayloria Taylor as Co-Special Administrator of the Estate of Brandon Lavon Patton, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., formerly Corrections Corporation of America, a foreign corporation d/b/a Nevada Southern Detention Center; Doe CoreCivic Employees I through XX; Does I through X; and Roe Entities I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02072-JCM-EJY<br><br>~~PROPOSED~~ BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER |

Pursuant to the Court's April 26, 2024 Minute Order, the parties submit their proposed briefing schedule on dispositive motions and joint pretrial order (Dkt. 108):

- Deadline to file dispositive motions:  August 23, 2024

- Deadline to respond to dispositive motions:  September 20, 2024
- Deadline to file reply in support of dispositive motions: October 4, 2024
- Deadline to file joint pretrial order: 30 days after the Court rules on any dispositive motion.

DATED this 1st day of July 2024.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Kristina R. Rood
    Ashlee B. Hesman
    Kristina R. Rood
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    ahesman@strucklove.com
    krood@strucklove.com

    Gina G. Winspear
    DENNETT WINSPEAR
    3301 North Buffalo Dr., Suite 195
    Las Vegas, NV 89129
    GWinspear@dennettwinspear.com
    *Attorneys for Defendant CoreCivic*

CLARK HILL, PLLC

By /s/ Paola M. Armeni
    Paola M. Armeni
    Gia N. Marina
    1700 S. Pavilion Center Dr., #500
    Las Vegas, NV 89135
    *Attorneys for Plaintiff*

**IT IS SO ORDERED**:

UNITED STATES MAGISTRATE JUDGE

DATED:  August 6, 2024