CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA M. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite., #500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorneys for Plaintiffs, Patton Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR as Co-Special Administrator of the ESTATE OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC, formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANT CORECIVIC'S MOTION TO EXCLUDE [ECF 112]** |

Tayloria Taylor, as Special Administrator of the Estate of Brandon Lavon Patton, deceased, by and through his counsel, Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC and Defendant CoreCivic, Inc., by and through their counsel, Ashlee B. Hesman and Kristina R. Rood of Struck Love Bojanowski & Acedo, PLC and Gina G. Winspear of Dennett Winspear, LLP, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff to Respond to Defendant's Motion to Exclude Testimony of Ryan D. Herrington, MD, M.P.H. [ECF112] filed on August 23, 2024, which the response is currently due on September 6, 2024, to be extended to September 20, 2024.

///

Although Plaintiff's counsel has been actively working on responding to Defendant's Motion to Exclude, counsel requires a brief extension to complete the Response. This request for extension is made in good faith and not for the purposes of delay. Indeed, in anticipation of the quickly approaching dispositive motion deadlines, the parties stipulated to a briefing schedule, which this Court granted on August 7, 2024, to file dispositive motions by August 23, 2024 with responses due on September 20, 2024 and replies due on October 4, 2024. [ECF No. 111].

WHEREFORE, the parties stipulate that the time for Plaintiff to file her Response to Defendant's Motion to Exclude Testimony of Ryan D. Herrington, MD, M.P.H. [ECF 112], be extended to September 20, 2024, and otherwise stipulated or ordered, Defendants Reply to Plaintiff's Response be due on October 4, 2024.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 5th day of September 2024.

| | |
|---|---|
| **CLARK HILL, PLLC** | **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** |
| /s/ Gia N. Marina<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Dr., #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Patton Family* | /s/ Kristina R. Rood<br>ASHLEE B. HESMAN<br>Nevada Bar No. 012740<br>KRISTINA R. ROOD<br>Arizona Bar No. 035097<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br><br>**DENNETT WINSPEAR, LLP**<br>GINA G. WINSPEAR<br>Nevada Bar No. 005552<br>3301 North Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>*Attorneys for Defendant, CoreCivic, Inc.* |

## ORDER

**IT IS SO ORDERED:**

DATED: September 9, 2024

_____
UNITED STATES DISTRICT COURT JUDGE