# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR as Co-Special Administrator of the ESTATE OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC, formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br>[PROPOSED] ORDER ON PLAINTIFFS PATTON FAMILY'S MOTION FOR LEAVE TO FILE EXHIBITS I, K, AA, BB AND CC TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT [DKT 117] UNDER SEAL AND EXHIBITS 3 AND 7 TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DKT 113] |

Upon motion of Plaintiffs, and good cause appearing,

IT IS HEREBY ORDERED THAT:

Plaintiffs Patton Family's motion for leave to file Plaintiffs' Exhibits I, K, AA, BB and CC to Response to Motion for Summary Judgment (ECF No. 117) and Defendant's Exhibits 3 and 7 to Defendant's Motion for Summary Judgment (ECF No. 113) Under Seal is GRANTED.

IT IS FURTHER ORDERED that Exhibit I, K, AA, BB, and CC to Plaintiff's Response to Motion for Summary Judgment and Exhibit 3 and 7 to Defendant's Motion for Summary Judgment are and shall remain sealed.

Dated this 23rd day of September 2024.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

ClarkHill\K1879\417378\278973468.v2-9/23/24