Ashlee B. Hesman
Nevada Bar No. 012740
Kristina R. Rood
Arizona Bar No. 035097 (admitted pro hac vice)
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com
krood@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendant CoreCivic*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem Tayloria Taylor; and AJB, a minor, by and through his Guardian Ad Litem Tayloria Taylor, and Tayloria Taylor as Co-Special Administrator of the Estate of Brandon Lavon Patton, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., formerly Corrections Corporation of America, a foreign corporation d/b/a Nevada Southern Detention Center; Doe CoreCivic Employees I through XX; Does I through X; and Roe Entities I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02072-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES TO FILE REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND *DAUBERT* MOTION** |

Plaintiffs, Tayloria Taylor, as Co-Special Administrator of the Estate of Brandon Patton, ATLP, and AJB (collectively, "Plaintiffs"), and Defendant, CoreCivic, Inc. ("Defendant"), stipulate to extend the deadline for Defendant to file its Replies in Support of

1  Motion for Summary Judgment and *Daubert* Motions from October 4, 2024 to October 25,
2  2024. (Dkts. 112; 113.) For the following reasons, the parties respectfully request that the
3  Court approve their Stipulation to extend these deadlines.
4        Good cause exists to extend these deadlines to October 25, 2024. While undersigned
5  counsel has been diligently reviewing Plaintiff's Response to Defendant's Motion for
6  Summary Judgment and Response to Defendant's *Daubert* Motion to Exclude Testimony of
7  Ryan D. Herrington, M.D., M.P.H. (*see* Dkts. 116; 117), undersigned counsel requires
8  additional time to do so prior to preparing CoreCivic's Replies. Defense counsel also requires
9  additional time, as both are preparing for out-of-state trials in other matters (one of which,
10 was recently added to counsel's calendar). *See, e.g., Taplin v. CoreCivic, et al.*, No. 101-CV-
11 2021-00896 (N.M.); *Rooks v. CoreCivic, et al.*, No. CJ-2022-03360 (Okla.). This extension
12 will not affect any other case management deadlines.
13       For the foregoing reasons, the parties respectfully request that the Court approve their
14 Stipulation and extend the deadline for Defendant to file its Replies in Support of Motion for
15 Summary Judgment and *Daubert* Motions from October 4, 2024 to October 25, 2024.
16       DATED this 26th day of September, 2024.

**IT IS SO ORDERED**:

_James C. Mahan_
UNITED STATES DISTRICT JUDGE
DATED: September 30, 2024

2

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Kristina R. Rood
Ashlee B. Hesman
Kristina R. Rood
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com
krood@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com
*Attorneys for Defendant CoreCivic*

CLARK HILL, PLLC

By /s/ Paola M. Armeni
Paola M. Armeni
Gia N. Marina
1700 S. Pavilion Center Dr., #500
Las Vegas, NV 89135
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paola Armeni        parmeni@clarkhill.com
Gia N. Marina       gmarina@clarkhill.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ E. Glover

4