|   |   |
|---|---|
| 1 | CLARK HILL PLLC |
| 2 | PAOLA M. ARMENI<br>Nevada Bar No. 8357 |
| 3 | Email: parmeni@clarkhill.com<br>GIA M. MARINA |
| 4 | Nevada Bar No. 15276<br>Email: gmarina@clarkhill.com |
| 5 | 1700 S. Pavilion Center Drive, Suite., #500<br>Las Vegas, Nevada 89135 |
| 6 | Tel: (702) 862-8300<br>*Attorneys for Plaintiffs, Patton Family* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR as Co-Special Administrator of the ESTATE OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC, formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS' RESPONSE AND CORECIVIC'S REPLY TO CORECIVIC'S MOTION FOR RECONSIDERATION [ECF 133]** |

Tayloria Taylor, as Special Administrator of the Estate of Brandon Lavon Patton, deceased, by and through his counsel, Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC and Defendant CoreCivic, Inc., by and through its counsel, Ashlee B. Hesman and Kristina R. Rood of Struck Love Bojanowski & Acedo, PLC and Gina G. Winspear of Dennett Winspear, LLP, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiffs to Respond to CoreCivic's Motion for Reconsideration [ECF 13] filed on March 24, 2025. Plaintiffs' Response is currently due on April 7, 2025, and CoreCivic's Reply is currently due on April 14, 2025. The parties agree to an approximate one-week extension of those deadlines, making Plaintiffs' deadline to file a Response April 14, 2025, and CoreCivic's deadline to file a Reply April 23, 2025.

ClarkHill\K1879\417378\281521016.v1-4/1/25

Although Plaintiff's counsel has been actively working on responding to CoreCivic's Motion for Reconsideration, counsel requires a brief extension to complete the Response due to a family emergency. In addition, CoreCivic's counsel is set to be in trial on April 8-10, 14, and 15, 2025. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Plaintiff to file her Response to CoreCivic's Motion for Reconsideration [ECF 133], be extended to April 14, 2025, and CoreCivic's Reply to Plaintiff's Response be due on April 23, 2025.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 1st day of April 2025.

| CLARK HILL, PLLC | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| /s/ Gia N. Marina<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Dr., #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Patton Family* | /s/ Kristina R. Rood<br>ASHLEE B. HESMAN<br>Nevada Bar No. 012740<br>KRISTINA R. ROOD<br>Arizona Bar No. 035097<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br><br>**DENNETT WINSPEAR, LLP**<br>GINA G. WINSPEAR<br>Nevada Bar No. 005552<br>3301 North Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>*Attorneys for Defendant, CoreCivic, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

DATED: April 4, 2025

_____
UNITED STATES DISTRICT COURT JUDGE

ClarkHill\K1879\417378\281521016.v1-4/1/25