Ashlee B. Hesman
Nevada Bar No. 012740
Kristina R. Rood
Arizona Bar No. 035097 (admitted pro hac vice)
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
ahesman@strucklove.com
krood@strucklove.com

James E. Harper
Nevada Bar No. 9822
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 948-9240
Fax: (702) 778-6600
eservice@harperselim.com

*Attorneys for Defendant CoreCivic*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem Tayloria Taylor; and AJB, a minor, by and through his Guardian Ad Litem Tayloria Taylor, and Tayloria Taylor as Co-Special Administrator of the Estate of Brandon Lavon Patton, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CoreCivic, Inc., formerly Corrections Corporation of America, a foreign corporation d/b/a Nevada Southern Detention Center; Doe CoreCivic Employees I through XX; Does I through X; and Roe Entities I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-02072-JCM-EJY<br><br>**STIPULATION TO SUBSTITUTE LOCAL COUNSEL** |

Pursuant to LR IA 11-6(c), Defendant CoreCivic, withdrawing counsel of record, Gina G. Winspear, and newly appearing counsel, James E. Harper, stipulate to Ms. Winspear's withdrawal and Mr. Harper's substitution as local counsel for Defendant. Ashlee B. Hesman

and Kristina R. Rood of Struck Love Acedo, PLC shall continue as counsel for CoreCivic.

**CLIENT CONSENT**

CoreCivic consents to the substitution of Mr. Harper as local counsel in this action.

By _____
Tom Shaw, Assistant General Counsel, on behalf of CoreCivic Defendants

RESPECTFULLY SUBMITTED this 7th day of August, 2025.

                        STRUCK LOVE ACEDO, PLC

By /s/ Kristina R. Rood
Ashlee B. Hesman
Kristina R. Rood
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
ahesman@strucklove.com
krood@strucklove.com

*Attorneys for Defendant CoreCivic*

By /s/ James E. Harper *(with permission)*
James E. Harper
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
eservice@harperselim.com

*Newly Appearing Attorney for Defendant CoreCivic*

By /s/ Gina G. Winspear *(with permission)*
Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, Nevada 89129
GWinspear@dennettwinspear.com

*Withdrawing Attorney for Defendant CoreCivic*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2025