CLARK HILL PLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA M. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
*Attorneys for Plaintiffs, Patton Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR and TAYLORIA TAYLOR as Co-Special Administrator of the ESTATE OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC, INC, formerly CORRECTIONS CORPORATION OF AMERICA, a foreign corporation d/b/a Nevada Southern Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br><br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND THE JOINT PRE-TRIAL ORDER DEADLINE** |

The Parties submit this Stipulation and Order to extend the deadline to file the Joint Pre-Trial Order by 45 days from December 1, 2025 to January 15, 2026.

Although counsel has been actively working on the Joint Pre-Trial Order, the discovery in this matter is voluminous and will require additional time to review and determine what counsel will use for exhibits during trial. Plaintiffs' counsel also has several upcoming deadlines that require simultaneous preparation including three trials and an evidentiary hearing that are all set to commence at the beginning of the year as follows: *State of Nevada v. Thomas Joseph Kovach, Jr.*, Eighth Judicial District Court Case No. C-24-386735-1, Trial set for February 9, 2026; *State of Nevada v. Brian Thomas Boxler*, Eighth Judicial District Court Case No. C-24-387878-1, Trial

set for January 5, 2026; *State of Nevada v. Thomas Dodd*, Eighth Judicial District Court Case No. C-25-394181-1, Trial set for February 23, 2026; and an Evidentiary Hearing on a Petition for Factual Innocence and Post-Trial Writ of Habeas Corpus in *Justin Carter v. Clark County District Attorney's Office*, Eighth Judicial District Court Case No. A-24-898114-W, set for January 30, 2026. This request for extension is made in good faith and not for the purposes of delay.

Defendant stipulates to extend the deadline at Plaintiffs' request as a professional courtesy and due to the upcoming holidays.

WHEREFORE, the parties stipulate that the time to file the Joint Pre-Trial Order be extended to January 15, 2026.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 19th day of November 2025.

**CLARK HILL, PLLC**

/s/ Gia N. Marina
PAOLA M. ARMENI
Nevada Bar No. 8357
GIA N. MARINA
Nevada Bar No. 15276
1700 S. Pavilion Center Dr., #500
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs, Patton Family*

**STRUCK LOVE ACEDO, PLC**

/s/ Ashlee B. Hesman
ASHLEE B. HESMAN
Nevada Bar No. 12740
KRISTINA R. ROOD
Arizona Bar No. 035097
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

**HARPER SELIM**
JAMES E. HARPER
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant, CoreCivic, Inc.*

**ORDER**

**IT IS SO ORDERED:**

DATED: ___November 20, 2025___

_____
UNITED STATES MAGISTRATE JUDGE

ClarkHill\K1879\417378\284757536.v1-11/19/25

2 of 2