# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATLP, et al., | Case No.: 2:21-cv-02072-APG-EJY |
| Plaintiffs | **Order Rejecting Proposed Joint Pretrial Order** |
| v. | [ECF No. 155] |
| CORECIVIC, INC., | |
| Defendant | |

The parties' proposed Joint Pretrial Order (ECF No. 155) reflects that the parties have not meaningfully conferred about their trial evidence and witnesses. They each list hundreds of potential exhibits (including appellate briefs for some reason) but refuse to stipulate to admission or even authenticity of any exhibits. "Stipulations on admissibility, authenticity, and/or identification of documents should be made whenever possible." Local Rule 16-3(b)(8)(B).

The plaintiffs list 62 witnesses, which is nearly impossible for the 7-10 day trial they anticipate. They explain this by stating they "must call additional witnesses for purposes of authenticating their exhibits," but the defendant states it "will not require that Plaintiffs call custodians of record to authenticate medical records or Decedent's CoreCivic records." Clearly counsel are not communicating well. Letters and email are not good substitutes for actual phone calls or in-person meetings.

Local Rules 16-3 and 16-4 are designed to streamline trial preparation and presentation, and to foster settlement. The parties cannot simply wait to make trial decisions until the eve of trial. Such tactics prevent full participation in settlement discussions and deprive the other side the ability to efficiently prepare for trial.

I THEREFORE ORDER that the parties' Joint Pretrial Order (**ECF No. 155) is**

**REJECTED.**  The parties must first meaningfully think about the exhibits and witnesses they truly need at trial and then confer (on the phone, by video, or in person) about agreements on admissibility, authentication, and other ways to streamline the trial.  The parties must file a new Joint Pretrial Order that complies with Local Rules 16-3 and 16-4 by February 20, 2026.

DATED this 28th day of January, 2026.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE