CLARK HILL PLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA M. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702)  862-8300
*Attorneys for Plaintiffs, Patton Family*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem  TAYLORIA TAYLOR; and AJB, a minor by and through his Guardian Ad Litem TAYLORIA TAYLOR  and TAYLORIA TAYLOR   as Co-Special  Administrator  of  the  ESTATE  OF BRANDON LAVON PATTON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CORECIVIC,  INC,  formerly  CORRECTIONS CORPORATION  OF  AMERICA,  a  foreign corporation  d/b/a  Nevada  Southern  Detention Center; DOE CORECIVIC EMPLOYEES I through XX; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02072-JCM-EJY<br><br><br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND THE JOINT PRE-TRIAL ORDER DEADLINE** |

The Parties submit this Stipulation and Order to extend the deadline to file the Joint Pre-Trial Order by 7 days from February 20, 2026, to February 27, 2026.

Counsel have met and conferred and continue to actively work on the Joint Pre-Trial Order. However, lead counsel for Plaintiffs is out of the jurisdiction during the current deadline. As such, the parties need a short extension of the current deadline to finalize the Joint Pre-Trial Order.

The parties also require an extension of the current deadline due to conflicting deadlines in other matters. Specifically, Defense counsel is handling approximately 151 habeas matters pending in the United States District Court for the District of Nevada, which included appearing at eight hearings yesterday. 21 of those matters were received today, February 19, 2026. A brief-one week extension is therefore necessary due to these conflicting deadlines.

Further, an extension is necessary given the reassignment of this matter to Judge Silva. Pursuant to the Chambers Practices of United States District Judge Silva, "Judge Silva's standard Order Regarding Trial (ORT) will be filed shortly prior to trial." It is therefore unclear whether Judge Silva will issue an ORT, governing the contents of the parties' Joint Pretrial Order.

WHEREFORE, the parties stipulate that the time to file the Joint Pre-Trial Order be extended to February 27, 2026.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 19th day of February 2026.

| **CLARK HILL, PLLC** | **STRUCK LOVE ACEDO, PLC** |
|---|---|
| /s/ Paola M. Armeni | /s/ Kristina R. Rood |
| PAOLA M. ARMENI | ASHLEE B. HESMAN |
| Nevada Bar No. 8357 | Nevada Bar No. 12740 |
| GIA N. MARINA | KRISTINA R. ROOD |
| Nevada Bar No. 15276 | Arizona Bar No. 035097 |
| 1700 S. Pavilion Center Dr., #500 | 3100 West Ray Road, Suite 300 |
| Las Vegas, Nevada 89135 | Chandler, Arizona 85226 |
| *Attorneys for Plaintiffs, Patton Family* | |
| | **HARPER SELIM** |
| | JAMES E. HARPER |
| | Nevada Bar No. 9822 |
| | 1935 Village Center Circle |
| | Las Vegas, Nevada 89134 |
| | *Attorneys for Defendant, CoreCivic, Inc.* |

**ORDER**

IT IS SO ORDERED:

DATED:  February 19, 2026

UNITED STATES MAGISTRATE JUDGE