# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| ATLP, a minor, by and through his Guardian Ad Litem Tayloria Taylor, et. al., <br><br> Plaintiffs <br><br> v. <br><br> Corecivic Inc., et. al., <br><br> Defendants | Case No. 2:21-cv-02072-CDS-EJY <br><br> **JUDGE CRISTINA D. SILVA'S ORDER REGARDING TRIAL** |

1.      This case is scheduled for jury trial before the Honorable Cristina D. Silva, United States District Judge, at Las Vegas, Nevada, commencing on **JANUARY 25, 2027**, at 9:30 a.m. in Courtroom 6B.

2.      Counsel for all parties must appear in Courtroom 6B on **JANUARY 14, 2027**, at 10:00 a.m. for calendar call. Unless a party in a civil case is appearing pro se, the individual parties will not be required to appear for calendar call unless the court directs otherwise.

3.      Counsel or their clients will be excused from calendar call if, prior to the scheduled calendar call, settlement papers have been filed

4.      At the calendar call, all cases that remain to be tried will be ranked in order of trial. Thereafter, the court will not grant a continuance to any party absent a showing of good cause. Unless the court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS' NOTICE** from the courtroom administrator.

5.      <u>STATUS HEARINGS</u>. The Court may conduct a status conference prior to the scheduled calendar call. If the Court is satisfied during the status conference that the case is ready for trial, the court may vacate the calendar call.

6.      WITNESSES. Counsel/Pro se plaintiffs must immediately subpoena all witnesses for the time and trial date as listed above. Inasmuch as the cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the **office of counsel** for further instructions prior to appearing for trial. Witnesses are not required to be present at the calendar call but must appear as subpoenaed.

7.      EXHIBITS.  **At least three business days prior to trial** counsel shall supply the courtroom administrator with the **original** and **one** copy of a complete exhibit list of all exhibits that are intended to be used during the trial. At the same time, counsel shall serve upon opposing counsel a copy of the same. Plaintiffs shall use numerals 1 through 499 and defendants shall use numerals 500 through 999. Joint exhibits shall use 1A through 499A. If the total exhibits per side exceed 15, the exhibits are to be placed in 3-ring binders with numbered dividers. The exhibits are to be listed on the form provided by the Clerk's Office or obtained from the court's website *www.nvd.uscourts.gov*. The form may be computer-generated but must conform to the requirements of the court's form. Counsel shall retain possession of their exhibits until such time as they are identified in open court; thereafter, the exhibits shall remain in the custody of the Courtroom Administrator unless otherwise ordered.

8.      MARKING EXHIBITS.  During preparations for trial, counsel for all parties shall meet, confer, pre-mark and exchange all trial exhibits. At least **three business days** in advance of trial, counsel in civil cases shall notify the courtroom administrator that the exhibits have been pre-marked.

9.      EVIDENCE DISPLAY EQUIPMENT. Counsel/Pro se plaintiffs wishing to utilize the court's evidence display equipment must contact the Courtroom Administrator to determine tis availability and arrange for training. Counsel wishing to utilize their laptops, video recordings, etc., must contact the courtroom administrator to arrange a time and date prior to trial to test these to ensure they are compatible with the court's systems/equipment.

10.    EXHIBIT & WITNESS LISTS. Exhibit lists and witness lists must be electronically filed **at least seven business days prior to the commencement of trial.**

11.    TRIAL BRIEFS. Trial briefs, if any, must be electronically filed **at least seven business days prior to the commencement of trial.**

12.    PROPOSED VOIR DIRE QUESTIONS. All proposed voir dire questions which counsel request the court to pose to prospective jurors at the time of jury selection must be filed electronically **at least seven business days prior to the commencement of trial.**

13.    PROPOSED JURY INSTRUCTIONS. Counsel/Pro se plaintiffs are to comply with the joint pretrial order. at least two weeks prior to the commencement of trial, counsel, or parties appearing pro se, are required to meet and confer to submit a set of agreed-upon jury instructions to the court. The jury instructions must include a proposed verdict form. **At least seven business days prior to the commencement of a trial**, counsel are to electronically file the original set of mutually acceptable jury instructions and a set of disputed instructions (each instruction must contain short citation of authority for the proposed instruction). **The same must be submitted contemporaneously, in Word format, to CDS_chambers@nvd.uscourts.gov**.

14.    TRIAL JUDGE.  Although the case is assigned to Judge Silva, the cases on the stack may proceed to trial before another Nevada district judge or a visiting district judge.

15.    CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE. Counsel and parties in civil actions are reminded of their right to consent to disposition before a United States magistrate judge pursuant to Title 28 USC § 636(c)(2). The right to proceed before a magistrate judge in a civil case includes those cases that will be tried before a jury as well as those cases to be tried before the court sitting without a jury. Any appeal from a judgment in a proceeding before a magistrate judge shall be taken directly to the United States Court of Appeals. The option to proceed before a magistrate judge shall be taken directly to the

United States Court of Appeals. The option to proceed before a magistrate judge is available to the parties at the time an action commences. The court may refuse to approve a consent if it appears to be motivated by an effort to delay the proceedings.

16.    SANCTIONS.  As provided for under the Local Rules of Practice of this court, the court will consider the imposition of sanctions against any attorney who: (1) fails to file trial briefs, suggested voir dire questions and proposed jury instructions or proposed findings of fact and conclusions of law, whichever is applicable, as prescribed by the pretrial order, order regarding pretrial procedure, scheduling order or any order extending the time for such filings; (2) fails to comply with the provision of this order including, but not limited to, the failure to appear for calendar call without first having been excused by the court or the courtroom administrator with the permission of the court; or (3) fails to timely comply with any other order that schedules deadlines for trial preparation.

17.    CONTACT PERSON. All questions and information regarding the trial calendar are to be directed to Denise Saavedra, Courtroom Administrator, at 702-464-5467 or Denise_Saavedra@nvd.uscourts.gov.

18.    DAILY TRANSCRIPTS, REALTIME, OR ROUGH DRAFTS. Any party that requests expedited or daily transcripts must notify Samantha McNett, Court Reporter, at Samantha_McNett@nvd.uscourts.gov, immediately upon receipt of this order. Failure to timely notify the Court Reporter may result in the refusal to provide these services.

IT IS SO ORDERED.

Dated: March 5, 2026

_____
Cristina D. Silva
United States District Judge